UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80262-CIV-CANNON

CARY CANTNER, on behalf of himself and
others similarly situated,

    Plaintiff,

v.

GAME OF SILKS, INC., DAN
NISSANOFF, TROY LEVY, TROPICAL
RACING, INC., RON LUNIEWSKI, AND
DEREK CRIBBS,

    Defendants.

_____/

**MOTION FOR CLAIR E. WISCHUSEN TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Local Rule 4(b), the undersigned respectfully moves for the *pro hac vice* admission of Clair E. Wischusen of the law firm of Gordon Rees Scully Mansukhani LLP, 677 King Street, Suite 450, Charleston, South Carolina 29403, for purposes of appearing as co-counsel on behalf of Defendants, Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Clair E. Wischusen to receive electronic filings in this case, and in support thereof, states as follows:

    1.    Clair E. Wischusen is not admitted to practice in the Southern District of Florida and is a member in good standing with the Bars of the States of Virginia, New Jersey, Pennsylvania, and the District of Columbia, the United States Courts of Appeals for the Third, Fourth, and Tenth Circuits, and the United States District Courts for the Districts of New Jersey, the Eastern, Western, and Middle Districts of Pennsylvania, the Eastern and Western Districts of Virginia, and the District of Columbia;

    2.    Movant, Robert K. Tucker II, of the law firm Gordon Rees Scully Mansukhani LLP, located at 100 SE Second Street, Suite 3900, Miami, Florida 33131, Telephone (305) 428-5329, is

a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Clair E. Wischusen has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Clair E. Wischusen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Clair E. Wischusen at: cwischusen@grsm.com.

WHEREFORE, Robert K. Tucker II respectfully moves this Court for entry of an order granting Clair E. Wischusen *pro hac vice* admission, to appear before this Court on behalf of Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs, for all purposes relating to these proceedings, and directing the Clerk to provide notice of electronic filings to Clair E. Wischusen at: cwischusen@grsm.com.

Respectfully submitted on April 9, 2025,

*s/ Robert K. Tucker II*
FBN 124845
rtucker@grsm.com

**GORDON REES SCULLY MANSUKHANI LLP**
100 SE 2nd Street, Suite 3900
Miami, Florida 33131
Tel: (305) 428-5330

*Attorneys for Defendants*
*Game of Silks, Inc., Troy Levy,*
*Tropical Racing, Inc., Ron*
*Luniewski, and Derek Cribbs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80262-CIV-CANNON

CARY CANTNER, on behalf of himself and
others similarly situated,

    Plaintiff,

v.

GAME OF SILKS, INC., DAN
NISSANOFF, TROY LEVY, TROPICAL
RACING, INC., RON LUNIEWSKI, AND
DEREK CRIBBS,

    Defendants.

_____/

**CERTIFICATION OF CLAIR E. WISCHUSEN**

    Clair E. Wischusen, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing with the Bars of the States of Virginia, New Jersey, Pennsylvania, and the District of Columbia, the United States Courts of Appeals for the Third, Fourth, and Tenth Circuits, and the United States District Courts for the Districts of New Jersey, the Eastern, Western, and Middle Districts of Pennsylvania, the Eastern and Western Districts of Virginia, and the District of Columbia; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated: April 9, 2025                                                   *s/ Clair E. Wischusen*_____
                                                                                 Clair E. Wischusen

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a true and correct copy of the foregoing on all counsel or parties of record designated to receive service in CM/ECF.

*s/ Robert K. Tucker II*
