UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80262-CIV-CANNON

CARY CANTNER, on behalf of himself and others similarly situated,

    Plaintiff,

v.

GAME OF SILKS, INC., DAN NISSANOFF, TROY LEVY, TROPICAL RACING, INC., RON LUNIEWSKI, AND DEREK CRIBBS,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Peter G. Siachos, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Clair E. Wischusen may appear and participate in this action on behalf of the Defendants Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs. The Clerk shall provide electronic notification of all electronic filings to Clair E. Wischusen at *cwischusen@grsm.com*.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of April, 2025.

                                                                   Aileen M. Cannon
                                                                United States District Judge

*Copies furnished to: All Counsel of Record*