**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:25-80262-CIV-CANNON**

| | |
|---|---|
| CARY CANTNER, on behalf of himself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GAME OF SILKS, INC., DAN NISSANOFF, TROY LEVY, TROPICAL RACING, INC., RON LUNIEWSKI, AND DEREK CRIBBS,<br><br>　　　　　　Defendants. | **NOTICE OF STRKING** |

Plaintiff Cary Cantner and Defendants Game of Silks, Inc., Dan Nissanoff, Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Notice of Striking the Stipulation at ECF No. 23. A corrected version is being filed on the Docket at ECF No. 27. Based on the foregoing, the Parties respectfully request that ECF No. 23 be stricken from the docket.

Dated: April 17, 2025

| | |
|---|---|
| _/s/ Robert K. Tucker II_ | _/s/ Joshua W. Ruthizer_ |
| **GORDON REES SCULLY MANSUKHANI LLP** | **WOLF POPPER LLP** |
| Robert K. Tucker II | Joshua W. Ruthizer |
| Fla. Bar. No. 51641 | Fla. Bar. No. 92528 |
| rtucker@grsm.com | JRuthizer@wolfpopper.com |
| 100 SE Second Street, Suite 3900 | 845 Third Avenue |
| Miami, Florida 33131 | New York, New York 10022 |
| 305.428.5300 | 212.759.4600 |

| | |
|---|---|
| Peter G. Siachos (*pro hac vice*)<br>psiachos@grsm.com<br>677 King Street, Suite 450<br>Charleston, SC 29403<br>843.278.5900 | **BURWICK LAW PLLC**<br>Max Burwick, Esq. (*pro hac vice*)<br>max@burwick.law<br>43 West 43rd Street, Suite 114<br>New York, NY 10036<br>646.762.1080 |
| Clair E. Wischusen (*pro hac vice*)<br>cwischusen@grsm.com<br>277 S. Washington Street, Suite 550<br>Alexandria, VA 22203<br>202.800.2999 | *Attorneys for Plaintiff* |

*Attorneys for Defendants Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs*


        */s/ Cody German*
**COLE, SCOTT & KISSANE, P.A.**
Cody German
Fla. Bar. No. 58654
Cody.German@csklegal.com
S. Jonathan Vine
Fla. Bar. No. 10966
jonathan.vine@csklegal.com
Tiffany J. Hornback
Fla. Bar. No. 1031263
tiffany.hornback@csklegal.com
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
305.350.5300

*Attorneys for Defendant Dan Nissanoff*