# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 25-80262-CIV-CANNON

CARY CANTNER, on behalf of
himself and others similarly
situated,

    Plaintiff,

v.

GAME OF SILKS, INC., DAN
NISANOFF, TROY LEVY, TROPICAL
RACING, INC., RON LUNIEWSKI
and DEREK CRIBBS,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Enlargement of Time to Respond to Complaint [ECF No. 29]. This Court, having considered the motion, hereby **ORDERS AND ADJUDGES** as follows:

1. The Joint Motion for Enlargement of Time to Respond to Complaint is **GRANTED**.

2. The parties shall file their pleadings and motion papers under the following schedule:

    a. Defendants are not required to answer, move against, or otherwise response to the Amended Complaint, or any other complaint filed in this action, until a lead plaintiff and lead counsel are appointed.

      b.    Within 14 days after the Court issues an order appointing a lead plaintiff and lead counsel, counsel to the appointed lead plaintiff and counsel to the Defendants shall confer and submit a proposed schedule providing deadlines for the lead plaintiff to amend the complaint or to designate the Amended Complaint as operative, for Defendants to respond to the operative complaint or further amended complaint, and for briefing of any motion filed by Defendants in response to the operative complaint or further amended complaint.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this \_\_\_ day of _____, 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record