**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**Case No.: 9:25-80262-CIV-CANNON**

CARY CANTNER, *on behalf of himself and others similarly situated,*

    Plaintiff,

v.

GAME OF SILKS, INC., *et al.*,

    Defendants.

_____/

**MOTION FOR CHET B. WALDMAN TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Chet B. Waldman of the law firm of Wolf Popper LLP, 845 Third Avenue, New York, New York, 10022, Telephone: (212) 759-4600, for purposes of appearance as co-counsel on behalf of Plaintiff and Lead Plaintiff Movant Cary Cantner in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Chet B. Waldman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Chet B. Waldman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of New York, the U.S. Courts of Appeals for the First, Second, and Eighth Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York.

    2.    Movant, Joshua W. Ruthizer, Esq., of the law firm of Wolf Popper LLP, 845 Third Avenue, New York, NY, 10023, Telephone: (212) 759-4600, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Chet B. Waldman has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Chet B. Waldman, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Chet Waldman at cwaldman@wolfpopper.com.

WHEREFORE, Joshua W. Ruthizer, moves this Court to enter an Order granting Chet B. Waldman *pro hac vice* admission, to appear before this Court on behalf of Plaintiff and Lead Plaintiff Movant Cary Cantner, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Chet B. Waldman.

Date: May 5, 2025                                  Respectfully submitted,


/s/ *Joshua W. Ruthizer*
Joshua W. Ruthizer
Florida Bar No. 92528
jruthizer@wolfpopper.com
Wolf Popper LLP
845 Third Avenue, 12th Floor
New York, NY 10022
Tel.: (212) 759-4600

*Attorneys for Plaintiff and Lead Plaintiff Movant Cary Cantner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:25-80262-CIV-CANNON

CARY CANTNER, *on behalf of himself and others similarly situated,*

    Plaintiff,

v.

GAME OF SILKS, INC., *et al.*,

    Defendants.

_____/

## CERTIFICATION OF CHET B. WALDMAN

Chet B. Waldman, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the State of New York, the U.S. Courts of Appeals for the First, Second, and Eighth Circuits, and the U.S. District Courts for the Southern and Eastern Districts of New York; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: May 5, 2025

                                      /s/ *Chet B. Waldman*
                                      Chet B. Waldman
                                      New York State Bar Reg. No.: 2071686
                                      cwaldman@wolfpopper.com
                                      Wolf Popper LLP
                                      845 Third Avenue, 12th Floor
                                      New York, NY 10022
                                      Tel.: (212) 759-4600

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a true and correct copy of the foregoing on all counsel or parties of record designated to receive service in CM/ECF.

                                      /s/ *Joshua W. Ruthizer*
                                      Joshua W. Ruthizer