IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:25-cv-80262

| | |
|---|---|
| CORY CANTNER, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GAME OF SILKS, INC., DAN NISSANOFF, TROY LEVY, TROPICAL RACING, INC., RON LUNIEWSKI, and DEREK CRIBBS,<br><br>    Defendants. | JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION ON
AN INDIVIDUAL BASIS AND STAY OR, IN THE ALTERNATIVE,
TO TRANSFER, OR TO DISMISS UNDER RULE 12(b)(6)**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16 and Federal Rule of Civil Procedure 12(b)(1), Defendants Game of Silks, Inc., Dan Nissanoff, Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs (collectively, "Defendants") respectfully move this Court for an order compelling Plaintiff to arbitrate his claims on an individual basis and to stay this action pending the outcome of arbitration. Alternatively, Defendants request that this matter be transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a) and the governing forum selection clause in the parties' contract. Finally, in the event that the Court declines to compel arbitration and/or transfer venue, Defendants move to dismiss the Second Amended Complaint (ECF No. 37) pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: July 25, 2025                                             Respectfully submitted,

1

/s/ Robert K. Tucker II
GORDON REES SCULLY
MANSUKHANI LLP
Robert K. Tucker II
Fla. Bar. No. 51641
rtucker@grsm.com
100 SE Second Street, Suite 3900
Miami, Florida 33131
Tel: 305.428.5300

Clair E. Wischusen (*pro hac vice*)
cwischusen@grsm.com
277 S. Washington Street, Suite 550
Alexandria, VA 22203
202.800.2999

Peter G. Siachos (*pro hac vice*)
psiachos@grsm.com
677 King Street, Suite 450
Charleston, SC 29403
843.278.5900

*Attorneys for Defendants Game of Silks, Inc., Troy Levy, Tropical Racing, Inc., Ron Luniewski, and Derek Cribbs*


/s/ Cody German
COLE, SCOTT & KISSANE, P.A.
Cody German
Fla. Bar. No. 58654
Cody.German@csklegal.com
S. Jonathan Vine
Fla. Bar. No. 10966
jonathan.vine@csklegal.com
Tiffany J. Hornback
Fla. Bar. No. 1031263
tiffany.hornback@csklegal.com
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
305.350.5300

*Attorneys for Defendant Dan Nissanoff*

**<u>CERTFICIATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a true and correct copy of the foregoing on all counsel or parties of record designated to receive service in CM/ECF.

*/s/ Robert K. Tucker II*